

**FILED**

11/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

FILED

NOV 23 2020

Bowen Greenwood
Clerk Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF
MEGHAN M. POIRIER

 ORDER

Meghan M. Poirier has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of her application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission. Poirier passed the MPRE in 2007 when seeking admission to the practice of law in the State of Tennessee. She has practiced law since her admission to the Tennessee bar as member of the U.S. Army Judge Advocate General's Corps, has been stationed in various locations, and has never been "subject to discipline in any jurisdiction." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Meghan M. Poirier to waive the three-year test requirement for the MPRE for purposes of her current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 24th day of November, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices